UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Yonnie Young,** et al.; <br><br> Defendants. | Case: No 2:17-CV-01642-KJM-KJN <br><br> **ORDER GRANTING JOINT STIPULATION TO CONTINUE SITE INSPECTION; RESETTING STATUS CONFERENCE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to complete the site inspection shall be extended to and include September 21, 2018.
2. All other dates that are triggered by the inspection date will be adjusted accordingly.
3. The special Status Conference initial set for August 2, 2018, is continued to **October 11, 2018** at **2:30 p.m.**

IT IS SO ORDERED.

DATED: August 2, 2018.

_____
UNITED STATES DISTRICT JUDGE

1

ORDER Granting Joint Stipulation                Case No. No 2:17-CV-01642-KJM-KJN