UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| SCOTT JOHNSON, | No. 2:17-cv-1642-KJM-KJN |
|---|---|
| Plaintiff, | |
| v. | STATUS CONFERENCE ORDER |
| YONIE YOUNG, et al., | |
| Defendants. | |

On November 1, 2018 the court conducted a status conference in this matter. Amanda Seabock appeared for plaintiff, and Christopher Eley for defendants. At the conference the court clarified the parties' desire to amend the scheduling order consistent with the modified site inspection deadline approved in the court's August 2, 2018 order. *See* ECF No. 21. In accordance with the parties' request, the scheduling dates are modified as follows:

| **Description** | **Existing Date** | **New Date** |
|---|---|---|
| Discovery Cutoff | March 11, 2019 | May 10, 2019 |
| Expert Disclosures | January 28, 2019 | March 29, 2019 |
| Supplemental Expert Disclosures | February 25, 2019 | April 26, 2019 |
| Completion of Expert Discovery | March 11, 2019 | May 17, 2019 |
| All Dispositive Motions Hearing Date | April 5, 2019 | June 28, 2019 |

This amendment does not alter any other portions of the initial scheduling order.

1

Additionally, at the conference the parties expressed their desire to have this matter referred to a Magistrate Judge for early settlement conference. Accordingly, this matter is set for settlement conference on **December 4, 2018 at 9:30 AM before Magistrate Judge Carolyn K. Delaney in Courtroom 24**. The parties are instructed to have a principal with full settlement authority present at the settlement conference or to be fully authorized to settle the matter on any terms. The individual with full authority to settle must also have "unfettered discretion and authority" to change the settlement position of the party, if appropriate. The purpose behind requiring the attendance of a person with full settlement authority is that the parties' view of the case may be altered during the face to face conference. An authorization to settle for a limited dollar amount or sum certain can be found not to comply with the requirement of full authority to settle. The parties are directed to submit their confidential settlement conference statements to the court using the following email address: ckdorders@caed.uscourts.gov. If a party desires to share additional confidential information with the court, they may do so pursuant to the provisions of Local Rule 270(d) and (e). Statements are due at least 7 days prior to the Settlement Conference. Upon submission of confidential settlement statements, each party shall file on the docket a "Notice of Submission of Settlement Conference Statement."

IT IS SO ORDERED.

DATED: November 6, 2018.

_____
UNITED STATES DISTRICT JUDGE